1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    SHANNON O. MURPHY, SR.,              Case No.  24-cv-06874-JSC

8                  Plaintiff,

9            v.                           **ORDER TO PLAINTIFF TO SHOW
                                          CAUSE**
10   OAKLAND UNIFIED SCHOOL
     DISTRICT,

11                Defendant.

12

13          On September 25, 2024, Plaintiff—proceeding without attorney representation—sued

14   Oakland Unified School District.  (Dkt. No. 1.)  That same day, Plaintiff moved to proceed *in*

15   *forma pauperis*.  (Dkt. No. 2.)  Magistrate Judge Kim issued an order denying Plaintiff's request

16   because Plaintiff's application did not provide sufficient detail. (Dkt. No. 6 at 2-3.)  The deadline

17   for Plaintiff to file another application to proceed *in forma pauperis* was November 4, 2024.  (*Id.*)

18          On November 14, 2024, because a party did not consent to magistrate judge jurisdiction,

19   the case was reassigned to this Court.  (Dkt. No. 9.)  On December 19, 2024, the Court extended

20   the deadline to file another application to proceed *in forma pauperis* to January 10, 2025.  (Dkt.

21   No. 12.)  The order stated:

22

23              Plaintiff's deadline to file another application to proceed in forma
                pauperis is **January 10, 2025**.  As stated in Judge Kim's order,
24              Plaintiff must fully fill out the current version of the Court's
                application to the best of his ability.  The application is available on
25              the Court's website, under the Civil Forms tab,
                (https://www.cand.uscourts.gov/forms/civil-forms/).  Plaintiff shall
26              include a fuller explanation of how his current business creates no
                income or revenue or identify his income or revenue.  Should
27              Plaintiff require more space, he is allowed to attach one (1) page for
                further explanation.

28

United States District Court
Northern District of California

1    (*Id.*)  Plaintiff has yet to file another application to proceed *in forma pauperis*.

2         Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not

3    be dismissed for failure to comply with the Court's Orders.  By **February 5, 2025**, Plaintiff shall

4    file a response to this order to show cause, and any response shall be accompanied by another

5    application to proceed *in forma pauperis* that is consistent with the Court's above instructions.

6    Failure to comply with this Order may result in the dismissal of this action for failure to prosecute.

7

8         **IT IS SO ORDERED.**

9    Dated: January 15, 2025

10

11

12    JACQUELINE SCOTT CORLEY
      United States District Judge