UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR.,<br><br>        Plaintiff,<br><br>    v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 24-cv-06874-JSC<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On September 25, 2024, Plaintiff—proceeding without attorney representation—sued Oakland Unified School District. (Dkt. No. 1.) That same day, Plaintiff moved to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) Magistrate Judge Kim issued an order denying Plaintiff's request because Plaintiff's application did not provide sufficient detail. (Dkt. No. 6 at 2-3.) Plaintiff did not file another IFP application by the November 4, 2024 deadline Judge Kim set.

On November 14, 2024, the case was reassigned to this Court. (Dkt. No. 9.) The Court extended the deadline to file another application to proceed IFP to January 10, 2025. (Dkt. No. 12.) Plaintiff did not file an application by the January 10, 2025 deadline.

So, on January 15, 2025, the Court issued an order to Plaintiff to show cause as to why the action should not be dismissed. (Dkt. No. 14 at 2.) Plaintiff was ordered, by February 5, 2025, to "file a response to this order to show cause, and any response shall be accompanied by another application to proceed *in forma pauperis* that is consistent with the Court's above instructions." (Dkt. No. 14 at 2.)

On February 5, 2025, Plaintiff filed an "opposition to Hon. Judge's Order File Other Application Proceed Forma Pauperis, Due Unfair Process at Transfer Court Case, Relative Court." (Dkt. No. 15 at 1.) Plaintiff's filing did not include a new application to proceed IFP, nor did it

show cause as to why such filing is not required. Instead, the filing reattaches the same September 20, 2024 IFP application Judge Kim and this Court concluded lacks sufficient detail. (*Id.* at 4-5.)

So, the Court DENIES Plaintiff's request to proceed IFP. If Plaintiff does not pay the filing fee by **February 21, 2025**, the Court will dismiss this case without prejudice.

**IT IS SO ORDERED.**

Dated: February 7, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2